# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

3/30/23

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No.  2:23-MJ-00144-JAG |
| JORDY SCOTT DEBOER AND MATTHEW GUS JOSEPH SAILORS (a/k/a "Rabbit"), | ) |

# CRIMINAL COMPLAINT

I, James Cain, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) March 29, 2023, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C) | Distribution of Fentanyl |

This complaint is based on these facts:

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: March 30, 2023

*Complainant's signature*

SA James Cain, FBI
*Printed name and title*

*Judge's signature*

James A. Goeke, United States Magistrate Judge
*Printed name and title*

City and state:   Spokane, Washington