UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW GUS JOSEPH SAILORS,<br><br>Defendant. | Case No.   2:23-CR-0041-TOR-2<br><br>CRIMINAL MINUTES<br><br>DATE:   12/13/2023<br><br>LOCATION:   Spokane 902<br><br>SENTENCING HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie Van Marter *for Caitlin A. Baunsgard*<br><br>**Plaintiff's Counsel** | | Bryan P. Whitaker<br><br>**Defendant's Counsel** | |

[ X ] Open Court                                         [ X ] US Probation Officer: J. Frieling

Defendant is present in USMS custody and assisted by counsel.

Ms. Van Marter addressed the Court and made a sentencing recommendation on behalf of the Government.

The Court confirmed counsel's review of the PSIR with Defendant and that there are no outstanding objections.

The Court adopted the PSIR without change and calculated the advisory sentencing guidelines.

Mr. Whitaker addressed the Court made a sentencing recommendation on Defendant's behalf.

Defendant addressed the Court on his own behalf.

The Court imposed sentence as follows:

| **Incarceration:** | 120 months |
|---|---|
| **Supervised Release:** | 5 years |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $100 |
| **Restitution:** | N/A |

Page 2　　*USA v. Sailors*　　2:23-CR-0041-TOR-2　　Sentencing Hearing

The Court will recommend BOP placement at FCI Sheridan and participation in RDAP.

Upon the govt's motion, the remaining counts of the Indictment are dismissed.

Upon the govt's oral motion, the Court will enter the Final Order of Forfeiture.

Appeal rights waived in plea agreement.

Defendant returned to USMS custody to begin imposition of sentence.

| CONVENED: 8:55 AM | ADJOURNED: 9:09 AM | TIME: 14 MINS | [X] JUDGMENT TO FOLLOW |
|---|---|---|---|