# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

                    Plaintiff,

          vs.

JORDY SCOTT DEBOER,

                    Defendant.

Case Nos.   2:22-CR-0094-TOR-2
            2:23-CR-0041-TOR-1

CRIMINAL MINUTES

DATE:  1/17/2024

LOCATION:  Spokane 902

CHANGE OF PLEA

| JUDGE THOMAS O. RICE | | | |
|---|---|---|---|
| Bridgette Fortenberry | N/A | N/A | Allison Anderson |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Rebecca Perez *for Caitlin A. Baunsgard* | | David M. Miller | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

**[ X ] Open Court**                    **[   ] US Probation Officer: N/A**

Defendant present in USMS custody and assisted by counsel.

No preliminary statements by either party. Original plea documents handed up.

Oath administered to Defendant for change of plea. Defendant confirmed his true name as reflected on the plea agreement.

The Court advised Defendant of rights given up by entering guilty pleas including the right to a jury trial and certain appeal rights. The Court confirmed Defendant's understanding of the elements and facts required to be proven to obtain a conviction and the maximum penalties.

Defendant pleaded guilty to Count 4 of the Superseding Indictment in Case No. 22-CR-0094-TOR-2 and Count 4 of the Indictment in Case No. 23-CR-0041-TOR-1. The Court accepted Defendant's pleas as knowing and voluntarily and found Defendant fully competent and aware of the charges and the consequences of the plea.

The Court ordered a Presentence Investigation Report and set sentencing for **4/17/2024 at 9:30 a.m.**

Page 2       *USA v. Deboer*       2:22-CR-0094-TOR/2:23-CR-0041-TOR                    Change of Plea

Hearing no objection, the Court will enter the Preliminary Order of Forfeiture.

Defendant returned to USMS custody pending sentencing.

| CONVENED:  10:30 AM | ADJOURNED:  10:41 AM | TIME: 11 MINS | ORDER FORTHCOMING [X] |
|---|---|---|---|