UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 2:22-CR-0094-TOR-2 |
| --- | --- |
| Plaintiff, | 2:23-CR-0041-TOR-1 |
| vs. | CRIMINAL MINUTES |
| JORDY SCOTT DEBOER, | DATE: 7/10/2024 |
| Defendant. | LOCATION: Spokane |
| | SENTENCING |

**JUDGE THOMAS O. RICE**

| Linda Hansen | | Crystal Gonzalez |
| --- | --- | --- |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Caitlin A Baunsgard | David M Miller |
| **Government Counsel** | **Defense Counsel** |

[ X ] **Open Court**    [ X ] **US Probation Officer:** Cassie Lerch

Defendant is present with counsel and in custody of the US Marshal.

Caitlin Baunsgard provided sentencing recommendations on behalf of the Government.

David Miller advised that he has reviewed the Presentence Investigation Report with the Defendant and there are no outstanding objections.

*Pause in proceedings 10:11 a.m. to 10:14 a.m.*

The Court adopted the Presentence Investigation Report without change.

Mr. Miller addressed the Court on behalf of the Defendant.

The Defendant's Mother addressed the Court on the Defendant's behalf.

The Defendant addressed the Court on his own behalf.

The Court addressed the Defendant and pronounced sentence.

**Case No. 2:22-CR-0094-TOR-2**
**Imprisonment:**   240 months to run concurrent with the sentencing in case number 2:23-CR-0041-TOR-1.
**Supervised Release:** 5 years
**Fine**:   waived
**Special Penalty Assessment**:   $100.00

**Case No. 2:23-CR-0041-TOR-1**
**Imprisonment:**   272 total months (240 months plus 32 months pursuant to 18 USC § 3147, to run consecutive) to run concurrent with the sentencing in case number 2:22-CR-0094-TOR-2.
**Supervised Release:** 5 years
**Fine**:   waived
**Special Penalty Assessment**:   $100.00

All remaining counts in both matters are DISMISSED.

Appeal rights waived in the Plea Agreement.

The Final Order of Forfeiture will be entered.

The Defendant is remanded to the custody of the US Marshal.

| CONVENED:   10:05 AM | RECESSED:   10:11 AM | TIME:   6 MINS | TOTAL:   25 MINUTES |
|---|---|---|---|
| RECONVENED: 10:14 AM | ADJOURNED:   10:33 AM | 19 MINS | |